Dismissed and Memorandum Opinion filed May 21, 2009








Dismissed
and Memorandum Opinion filed May 21, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00402-CV

____________

 

STATE AND COUNTY MUTUAL FIRE
INSURANCE COMPANY, Appellant

 

V.

 

GEORGIA-PACIFIC CORPORATION, Appellee

 



 

On Appeal from the
189th District Court

Harris County,
Texas

Trial Court Cause
No. 2003-12635

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 19, 2008.  On May 6, 2009, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Seymore, Brown, and Sullivan.